**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Irvin Jayoine Lee BAKER, a/k/a**
**Fats, Defendant–Appellant.**

**No. 16-6553**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Irvin Jayoine Lee Baker, Appellant Pro Se. Lynette Danae DeMasi–Lemon, Jarod James Douglas, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin Jayoine Lee Baker appeals the district court's orders granting the Government's motion to amend the preliminary order of forfeiture and denying Baker's motions for an extension of time and stay of forfeiture. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Baker, No. 3:14–cr–00041–GMG–JES–1 (N.D. W. Va. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED